# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3656

_____

Rodney McKown,

        Appellant,

v.

Denis Agniel; Cranston Mitchell;
Dick Moore,

        Appellees.

*
*
*
*
*   Appeal from the United States
*   District Court for the Western
*   District of Missouri.
*
*     [UNPUBLISHED]
*
*

_____

Submitted:   January 20, 2004

Filed:   January 23, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

      Missouri inmate Rodney McKown appeals the district court's[1] denial of his motion to amend his complaint in a previously dismissed 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying the motion. Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.